OPINION — AG — ASSUMING THAT IT HAS BEEN FACTUALLY DETERMINED THAT THE INSTRUMENTS CREATING A PUBLIC TRUST WITH THE STATE OF OKLAHOMA AS BENEFICIARY EMPOWERS THE TRUST TO UTILIZE THE POWER OF EMINENT DOMAIN FOR THE PURPOSE OF ACQUIRING LANDS AND CONSTRUCTING A RESERVOIR THEREON TO IMPOUND WATERS FOR MUNICIPAL USE, 82 O.S. 1977 Supp., 105.3 [82-105.3] AUTHORIZES AND GRANTS THE RIGHT OF EMINENT DOMAIN TO A PUBLIC TRUST CREATED PURSUANT TO 60 O.S. 1971 176 [60-176] CITE: 52 O.S. 1971 22 [52-22], 52 O.S. 1971 21 [52-21], 82 O.S. 1977 Supp., 105.1 [82-105.1] [82-105.1], 82 O.S. 1977 Supp., 1266 [82-1266](3), 60 O.S. 1971 177.1 [60-177.1], 82 O.S. 1977 Supp., 1020.1 [82-1020.1] [82-1020.1](F), 82 O.S. 1977 Supp., 105.3 [82-105.3] [82-105.3] (H. LEE SCHMIDT)